UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE AMERICAN AUTOMOBILE ASSOCIATION, INC.,

Plaintiff,

v.

RONNING CHIROPRACTIC LLC, et al.,

Defendants.

C18-1277 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The unopposed motion, docket no. 15, *see* Stipulation (docket no. 17), brought by counsel for defendants Ronning Chiropractic LLC and Jeffrey B. Ronning is GRANTED as follows. Michael J. Folise and the law firm of Lowe Graham Jones PLLC are granted leave to withdraw as counsel of record for defendants, effective immediately.

(2) Because defendant Ronning Chiropractic LLC is a business entity, it may not represent itself and may appear only through an attorney. *E.g.*, *United States v. High Country Broadcasting Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Failure of a defendant that is a business entity to secure counsel constitutes grounds for entering default against such defendant. *See* Local Civil Rule 83.2(b)(4). To avoid the entry of default, defendant Ronning Chiropractic LLC shall arrange for an attorney to file a notice of appearance on its behalf by November 30, 2018.

(3) If defendant Jeffrey B. Ronning wishes to be represented by counsel, he shall arrange for a substitute attorney to file a notice of appearance by November 30, 2018. Absent timely filing of a notice of appearance, the Court will deem defendant Jeffrey B. Ronning as proceeding pro se in this litigation.

MINUTE ORDER - 1

(4) Defendant Jeffrey B. Ronning is advised that, if he proceeds pro se, he will have an obligation to keep the Court apprised of his contact information and to provide the Court with any change of address. Mr. Ronning is also advised that, if he proceeds pro se, he will be expected to comply with the rules and orders of this Court and that he will be held to the same standards as lawyers authorized to practice before this Court.

(5) In light of defendants' counsel's withdrawal, the Rule 26(f) discovery conference deadline is EXTENDED from November 2, 2018, to December 21, 2018, and the deadlines for exchange of initial disclosures and the filing of a Joint Status Report are EXTENDED from November 16, 2018, to January 11, 2019.

(6) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to defendant Jeffrey B. Ronning at 3116A 188th Street NE, Arlington, WA 98223. Michael J. Folise and the law firm of Lowe Graham Jones PLLC are DIRECTED to personally serve a copy of this Minute Order on defendant Ronning Chiropractic LLC and to file a certificate of such service within seven (7) days of the date of this Minute Order.

Dated this 29th day of October, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2