HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

THE AMERICAN AUTOMOBILE ASSOCIATION, INC.,

Plaintiff,

vs.

RONNING CHIROPRACTIC LLC d/b/a AAA AUTO INJURY CLINIC and JEFFREY B. RONNING,

Defendants.

Case No. 2:18-cv-01277-TSZ

CONSENT ORDER OF JUDGMENT

## **CONSENT ORDER OF JUDGMENT**

WHEREAS, Plaintiff The American Automobile Association, Inc. ("AAA") has brought an action in this Court against Defendants Ronning Chiropractic LLC and Jeffrey B. Ronning (collectively, the "Parties"), alleging violations of the Federal Trademark Act ("Lanham Act"), 15 U.S.C. §§ 1114, 1125, and Washington state law;

WHEREAS, this Court has jurisdiction over this civil action under 15 U.S.C. §§ 1121 and 1125, and under 28 U.S.C. §§ 1331, 1332, 1337, and 1338;

WHEREAS, AAA and Defendants have entered into a Settlement Agreement to resolve any and all controversies and disputes between them existing as of this date;

CONSENT ORDER OF JUDGMENT
(NO. 2:18-cv-01277-TSZ ) - 1

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

WHEREAS, AAA agrees to allow Defendants until December 31, 2018, to cease all use of AAA's trademarks, and subject to Defendants' continued adherence to the Settlement Agreement, not to pursue claims for damages arising out of such use occurring prior to such date;

WHEREAS, Defendants admit any future unauthorized use of AAA's trademarks would violate the Lanham Act and Washington state law;

WHEREAS, Defendants waive all defenses and counterclaims which they might otherwise raise at a trial on the merits of AAA's demand for a permanent injunction and/or damages;

NOW THEREFORE, Defendants consent and agree that this Court enter a judgment permanently enjoining them from any future unauthorized use of AAA's trademarks, or of marks confusingly similar to any of them.

The Court does, hereby, upon consent of the Parties, enter a permanent injunction as follows:

IT IS ORDERED, ADJUDGED, AND DECREED:

1. That Defendants, their agents, attorneys, representatives, employees, and all persons in active concert or participation with them who receive notice hereof, are hereby permanently enjoined from any unauthorized use of AAA's trademarks, or of marks confusingly similar to any of them, beginning from December 31, 2018; and

//

//

//

//

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200  FAX (206) 407-2224

2. That this case shall be closed, except that this Court shall retain jurisdiction for the purpose of enforcing the Settlement Agreement and this Consent Order of Judgment.

IT IS SO ORDERED.

Dated this 23rd of January, 2019.

Thomas S. Zilly
United States District Judge

Presented by:

| BY CONSENT OF PLAINTIFF: | BY CONSENT OF DEFENDANT: |
|---|---|
| *s/Damon C. Elder* | *s/John C. Peick* |
| Damon C. Elder | John C. Peick |
| **CALFO EAKES & OSTROVSKY PLLC** | **PEICK LAW GROUP, P.S.** |
| 1301 Second Avenue, Suite 2800 | 3633 136th Place SE, Suite 205 |
| Seattle, Washington 98101-3808 | Bellevue, Washington 98006 |
| Tel: (206) 407-2200 | Tel: (425) 462-0660 |
| *Counsel for Plaintiff The American Automobile Association, Inc.* | *Counsel for Defendants Ronning Chiropractic LLC and Jeffrey B. Ronning* |

CONSENT ORDER OF JUDGMENT
(NO. 2:18-cv-01277-TSZ ) - 3

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224